UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JA'UAN T. SWANSON (#501719)                  CIVIL ACTION NO.

VERSUS                                       22-432-JWD-EWD

HILLAR MOORE, III, ET AL

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 17, 2023 (Doc. 4), to which no objection was filed;

**IT IS ORDERED** that all federal claims of Plaintiff Ja'uan T. Swanson are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e) and 1915A[1] and that the Court declines to exercise supplemental jurisdiction over potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 27, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Swanson is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Since this Recommendation is being adopted, the dismissal will count as a strike.

1